UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS, et al., | No. C 11-03200 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| PETER SALVATORE, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on October 6, 2011. As default has been entered against Defendant Peter Salvatore Vassallo, the c.m.c. is hereby VACATED. Plaintiffs shall file a motion for default judgment or status report within 30 days from the date of this order.

**IT IS SO ORDERED.**

Dated: October 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge