UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS,<br><br>        Plaintiff(s),<br><br>    v.<br><br>PETER SALVATORE,<br><br>        Defendant(s).<br>_____/ | No. C 11-03200 MEJ<br><br>**ORDER RE: STATUS** |

On December 23, 2011, Plaintiffs' counsel filed a status report in which the Court was informed that the parties anticipated that this matter would be resolved and that a stipulated judgment would be filed no later than January 31, 2012.  Dkt. No. 13.  As no further filings have been entered, the Court ORDERS the parties to file an updated status report by February 14, 2012.

**IT IS SO ORDERED.**

Dated: February 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**