1  McCARTHY, JOHNSON & MILLER
       LAW CORPORATION
2  LORI A. NORD, ESQ. (SBN 87993)
   DIANE SIDD-CHAMPION, ESQ. (SBN 78140)
3  ANA PEREZ HALLMON, ESQ. (SBN 253309)
   JOLENE KRAMER, ESQ. (SBN 259241)
4  595 Market Street, Suite 2200
   San Francisco, CA  94105
5  Telephone:  (415) 882-2992
   Facsimile:  (415) 882-2999
6  E-mail:       lnord@mjmlaw.us
   E-mail:       dsidd-champion@mjmlaw.us
7  E-mail:       ahallmon@mjmlaw.us
   E-mail:       jkramer@mjmlaw.us
8
   Attorneys for Plaintiffs
9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13
   BRICKLAYERS AND ALLIED CRAFTWORKERS )   Case No. CV 11-3200 MEJ
14 LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE )
   NORTHERN CALIFORNIA TILE INDUSTRY )       **STATUS REPORT**
15 VACATION AND HOLIDAY TRUST FUND; )
   TRUSTEES OF THE NORTHERN CALIFORNIA TILE )
16 INDUSTRY PENSION TRUST; TRUSTEES OF THE )
   NORTHERN CALIFORNIA TILE INDUSTRY HEALTH )
17 AND WELFARE TRUST FUND; TRUSTEES OF THE )
   NORTHERN CALIFORNIA TILE INDUSTRY )
18 APPRENTICESHIP AND TRAINING TRUST FUND; )
   TILE INDUSTRY PROMOTION FUND OF NORTHERN )
19 CALIFORNIA, INC., a not-for-profit California )
   corporation; TILE EMPLOYERS CONTRACT )
20 ADMINISTRATION FUND; TRUSTEES OF THE )
   INTERNATIONAL UNION OF BRICKLAYERS AND )
21 ALLIED CRAFTWORKERS PENSION FUND,        )
                         Plaintiffs,           )
22                                             )
                    v.                         )
23                                             )
   PETER SALVATORE VASSALLO, as an individual and )
24 doing business as "International Tile & Stone"; )
   AMERICAN CONTRACTORS INDEMNITY )
25 COMPANY, a California corporation,            )
                                              )
26              Defendants.                   )
   _____ )
27

28

1        Pursuant to the Court's Order of February 1, 2012 (Dkt. # 14), Plaintiffs hereby file this Status

2 Report.

3        Plaintiffs have recently engaged new counsel. Yesterday, February 13, 2012, Plaintiffs filed

4 a Substitution of Counsel, substituting McCarthy, Johnson & Miller Law Corporation as their new

5 counsel of record. Plaintiffs' new attorneys are still reviewing the files and becoming familiar with

6 the facts, procedural history and prior developments in the case.

7        Contrary to the assumption of Plaintiffs' prior counsel, Plaintiffs' new counsel have determined

8 that Defendant Peter Salvatore Vassallo d/b/a International Tile & Stone has no attorney. Rather, for

9 a time, said Defendant was being represented informally by a non-attorney friend. Now, it is clear that

10 Defendant is representing himself.

11        According to Plaintiffs' prior Status Report (Dkt. #13), the parties were negotiating terms of

12 settlement in December 2011. Plaintiffs' new counsel has been in contact with Defendant to discuss

13 the status of the proposed settlement agreement. It now appears that there are a number of issues in

14 dispute.

15        Plaintiffs' new lawyers need some additional time to review the issues related to this matter

16 and to negotiate terms of settlement. If the parties fail to reach agreement on a settlement agreement

17 and stipulation for entry of judgment, Plaintiffs will file a motion for default judgment by no later than

18 30 days from the date of this Status Report.

19                              Respectfully submitted,

20                              McCARTHY JOHNSON & MILLER

21

22 Dated: February 14, 2012           By:___*/s/  Diane Sidd-Champion*_____
                                          DIANE SIDD-CHAMPION

23 Plaintiff shall file an updated status report or default judgment motion by March 15, 2012.

24

25 Dated: February 15, 2012

26

27

28

---

STATUS REPORT
Case No. CV 11-3200 MEJ        2