| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |    LAW CORPORATION |
| 2 | LORI A. NORD, ESQ. (SBN 87993) |
|   | DIANE SIDD-CHAMPION, ESQ. (SBN 78140) |
| 3 | ANA PEREZ HALLMON, ESQ. (SBN 253309) |
|   | JOLENE KRAMER, ESQ. (SBN 259241) |
| 4 | 595 Market Street, Suite 2200 |
|   | San Francisco, CA  94105 |
| 5 | Telephone:  (415) 882-2992 |
|   | Facsimile:  (415) 882-2999 |
| 6 | E-mail:     lnord@mjmlaw.us |
|   | E-mail:     dsidd-champion@mjmlaw.us |
| 7 | E-mail:     ahallmon@mjmlaw.us |
|   | E-mail:     jkramer@mjmlaw.us |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>             Plaintiffs,<br><br>   v.<br><br>PETER SALVATORE VASSALLO, as an individual and doing business as "International Tile & Stone"; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>             Defendants. | Case No. CV 11-3200 MEJ<br><br>**STATUS REPORT** |

1   Pursuant to the Court's Order of February 1, 2012 (Dkt. # 14), Plaintiffs hereby file this Status
2   Report.
3   Plaintiffs have recently engaged new counsel.  Yesterday, February 13, 2012, Plaintiffs filed
4   a Substitution of Counsel, substituting McCarthy, Johnson & Miller Law Corporation as their new
5   counsel of record.  Plaintiffs' new attorneys are still reviewing the files and becoming familiar with
6   the facts, procedural history and prior developments in the case.
7   Contrary to the assumption of Plaintiffs' prior counsel, Plaintiffs' new counsel have determined
8   that Defendant Peter Salvatore Vassallo d/b/a International Tile & Stone has no attorney.  Rather, for
9   a time, said Defendant was being represented informally by a non-attorney friend.  Now, it is clear that
10  Defendant is representing himself.
11  According to Plaintiffs' prior Status Report (Dkt. #13), the parties were negotiating terms of
12  settlement in December 2011.  Plaintiffs' new counsel has been in contact with Defendant to discuss
13  the status of the proposed settlement agreement.  It now appears that there are a number of issues in
14  dispute.
15  Plaintiffs' new lawyers need some additional time to review the issues related to this matter
16  and to negotiate terms of settlement.  If the parties fail to reach agreement on a settlement agreement
17  and stipulation for entry of judgment, Plaintiffs will file a motion for default judgment by no later than
18  30 days from the date of this Status Report.

19                                    Respectfully submitted,
20                                    McCARTHY JOHNSON & MILLER
21
22  Dated: February 14, 2012          By:   /s/ Diane Sidd-Champion
                                            DIANE SIDD-CHAMPION
23
    Plaintiff shall file an updated status report or default judgment motion by March 15, 2012.
24
25  Dated: February 15, 2012

                                    IT IS SO ORDERED
                                    Judge Maria-Elena James