| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | LAW CORPORATION |
| 2 | LORI A. NORD, ESQ. (SBN 87993) |
| | DIANE SIDD-CHAMPION, ESQ. (SBN 78140) |
| 3 | ANA PEREZ HALLMON, ESQ. (SBN 253309) |
| | JOLENE KRAMER, ESQ. (SBN 259241) |
| 4 | 595 Market Street, Suite 2200 |
| | San Francisco, CA  94105 |
| 5 | Telephone:  (415) 882-2992 |
| | Facsimile:   (415) 882-2999 |
| 6 | E-mail:          lnord@mjmlaw.us |
| | E-mail:          dsidd-champion@mjmlaw.us |
| 7 | E-mail:          ahallmon@mjmlaw.us |
| | E-mail:          jkramer@mjmlaw.us |
| 8 | |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PETER SALVATORE VASSALLO, as an individual and doing business as "International Tile & Stone"; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants.<br>_____ | Case No. CV 11-3200 MEJ<br><br>**REQUEST FOR CONDITIONAL DISMISSAL BASED ON SETTLEMENT AND** ~~PROPOSED~~ **ORDER THEREON** |

1  Plaintiffs Bricklayers and Allied Craftworkers Local Union No. 3, AFL-CIO; Trustees of the Northern California Tile Industry Vacation and Holiday Trust Fund; Trustees of the Northern California Tile Industry Pension Trust; Trustees of the Northern California Tile Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund; Tile Industry Promotion Fund of Northern California, Inc.; Tile Employers Contract Administration Fund; and Trustees of the International Union of Bricklayers and Allied Craftworkers Pension Fund (collectively, "Plaintiffs") hereby request that the instant case be conditionally dismissed.

Plaintiffs and Peter Salvatore Vassallo, as an individual and doing business as International Tile and Stone ("Defendant") have entered into a Settlement Agreement and a Stipulation for Entry of Judgment. Pursuant to the Stipulation for Entry of Judgment, Judgment was entered on March 16, 2012. The Settlement Agreement provides that Plaintiffs may enforce the Judgment if Defendant breaches the Settlement Agreement.

Plaintiffs hereby request that this action be conditionally dismissed, subject to Defendant complying with the terms of the Settlement Agreement. Upon a showing that Defendant has breached the Settlement Agreement, Plaintiffs may reopen this case.

**McCARTHY JOHNSON & MILLER LAW CORPORATION**

Dated: March 22, 2012        By: /s/ Diane Sidd-Champion
                                  DIANE SIDD-CHAMPION

IT IS SO ORDERED.

Dated: March 22, 2012        _____
                             HONORABLE MARIA-ELENA JAMES
                             U.S. MAGISTRATE JUDGE